IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01361-MSK-CBS

STATE FARM FIRE AND CASUALTY COMPANY, individually and as a Subrogee of EDWARD AND ELLEN GALLESKE,

    Plaintiff,

v.

SPIRIT VAN LINES, INC., d/b/a SPIRIT RELOCATION, INC.,

    Defendant.

## ORDER GRANTING MOTION TO DISMISS CLAIMS 1 AND 2

    THIS MATTER comes before the Court on the Defendant's Motion to Dismiss Plaintiff's First and Second Claims for Relief **(#3)**. The Plaintiff has confessed the motion **(#10)**.

    **IT IS THEREFORE ORDERED** that the motion **(#3)** is **GRANTED**. Claims 1 (negligence) and 2 (bailment) are dismissed.

    Dated this 19th day of September, 2006

                      **BY THE COURT:**

                        *Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge